UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MADELYN ZUPPARDO** | * | **CIVIL ACTION** |
| | * | **NO. 16-1914** |
| | * | |
| **VERSUS** | * | **DIVISION "G" (3)** |
| | * | **JUDGE BROWN** |
| **A SERVICE CAB CO. INC. et al** | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **KNOWLES, III** |

### ORDER OF DISMISSAL

On motion of Plaintiff, Madelyn Zuppardo, that this matter is settled by agreement of all the parties,

**IT IS ORDERED** that this matter be dismissed with prejudice, against A Service Cab Company, Inc. Defendant with each party to bear their own costs.

New Orleans, Louisiana, this __8th__ day of January 2018.

_____
JUDGE